UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
OFFICE OF THE CLERK

WILLIAM W. BLEVINS
CLERK

500 POYDRAS ST., ROOM C-151
NEW ORLEANS, LA 70130



October 2, 2015

Sheila K. Booth, Clerk
United States Bankruptcy Court
Eastern District of Louisiana
Hale Boggs Federal Building, Room B601
500 Poydras Street
New Orleans, Louisiana 70130

            Re:  Civil Action No. 15-1146
                 Patrick C. Cotter
                 vs.
                 Jennifer Jung

15-1068

Dear Ms. Booth:

On October 2, 2015, the Honorable Lance M. Africk, United States District Judge for this district, entered an order transferring the above captioned case to the United States Bankruptcy Court for the Eastern District of Louisiana.

The official court record for the Eastern District of Louisiana is the electronic case filing systems, CM/ECF. Please be advised you may access this databases to obtain original pleadings. Our web site is: http://ecf.laed.circ5.dcn. Please use your court's Pacer account and password to access these documents. If you have any problems, please do not hesitate to contact us.

Please acknowledge receipt on the enclosed copy of this letter and return to us for our files.

For questions regarding this document or transmission, please call our CM/ECF Help Desk at 504-589-7788.

Pursuant to said order, we are forwarding herewith a certified copy of the docket sheet.

                                      Very truly yours,

                                      WILLIAM W. BLEVINS, CLERK

                                By: _B. Gregory_____
                                       Deputy Clerk

Enclosures

___Fee _____
___Process_____
_X_ Dktd _____
___CtRmDep_____
___Doc. No._____